**RANDAZZA LEGAL GROUP, PLLC**
Marc J. Randazza, AZ Bar No. 027861
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

Attorney for Defendant
Amy Frank

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Richard C. Carrier, Ph.D., an individual, <br><br> Plaintiff, <br><br> v. <br><br> Amy Elizabeth Frank, an individual, <br><br> Defendant. | Case No.: 2:19-CV-02719-JJT <br><br> **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(h)(3)** <br><br> ORAL ARGUMENT REQUESTED |

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), Defendant Amy Elizabeth Frank moves to dismiss this matter for lack of subject matter jurisdiction. Carrier's recent filing shows his claim fails to meet the amount in controversy requirement under 28 U.S.C. § 1332(a). In support, Defendant

refers to the accompanying memorandum of points and authorities and exhibits, filed herewith.

    WHEREFORE Defendant respectfully requests this matter be dismissed for lack of subject matter jurisdiction.

Dated this 18th day of June 2019.

                              Respectfully Submitted,

                              RANDAZZA LEGAL GROUP, PLLC

                              /s/Marc J. Randazza
                              Marc J. Randazza, AZ Bar No. 027861
                              2764 Lake Sahara Drive, Suite 109
                              Las Vegas, Nevada 89117
                              ecf@randazza.com

                              *Attorney for Defendant*
                              *Amy Elizabeth Frank*

Case No. 2:19-cv-02719-JJT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/Tennyson J. Fauver
Employee,
Randazza Legal Group, PLLC