**MANDATORY INITIAL DISCOVERY RESPONSES**

For

Arizona • Case 2:19-cv-02719-JJT

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY
    JUN 17 2019
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Provided by Richard Carrier, Plaintiff, to counsel for Amy Frank, Defendant

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of Plaintiff's Answers to MID Responses and referenced documents therein designated 0001 through 0036, in accordance with General Order 17-08, was delivered to defense counsel via email (marc@randazza.com and lcc@randazza.com) on June 12, 2019.

_____
Richard C. Carrier (pro se)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRC 7.1(a)(1), 7.1(a)(2), 7.1(a)(3)
(Rule Number/Section)