Richard C. Carrier
134 W. Tulane Rd. Apt. B
Columbus, OH 43202
(510) 932-9536
richard.carrier@icloud.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Dr. Richard C. Carrier**, | : | Case No. **2:2019-cv-02719-PHX-JJT** |
| Plaintiff, | : | Judge John J. Tuchi |
| v. | : | |
| **Amy Elizabeth Frank**, | : | **RESPONSE IN SUPPORT OF DEFENSE MOTION TO APPEAR TELEPHONICALLY** |
| Defendant. | : | |

Plaintiff approves and supports Defense's motion to appear telephonically for the scheduling conference of July 22.

DATED this 28th day of June, 2019.

Respectfully submitted,

/s/ Richard C. Carrier
————————————

Richard C. Carrier (pro se)
134 W. Tulane Rd. Apt. B
Columbus, OH 43202-1943
(510) 932-9536
richard.carrier@icloud.com

1

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on June 28, 2019.

/s/ Richard C. Carrier
_____

Richard C. Carrier (pro se)