**RANDAZZA LEGAL GROUP, PLLC**
Marc J. Randazza, AZ Bar No. 027861
Ronald D. Green, *Pro Hac Vice*
LaTeigra C. Cahill, *Pro Hac Vice*
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

Attorneys for Defendant
Amy Frank

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Richard C. Carrier, Ph.D., an individual, | Case No.: 2:19-CV-02719-JJT |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| v. | |
| Amy Elizabeth Frank, an individual, | |
| Defendant. | |

## **NOTICE OF WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE that the appearance of LaTeigra C. Cahill of Randazza Legal Group, PLLC is hereby withdrawn for Defendant Amy Elizabeth Frank. Defendant will continue to be represented by attorneys-of-record Marc J. Randazza and Ronald D. Green of the law firm of Randazza Legal Group, PLLC.

Dated this 24th day of July 2019.

Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ LaTeigra C. Cahill
Marc J. Randazza, AZ Bar No. 027861
Ronald D. Green, *Pro Hac Vice*
LaTeigra C. Cahill, *pro hac vice*
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
ecf@randazza.com

*Attorneys for Defendant*
*Amy Elizabeth Frank*

Case No. 2:19-cv-02719-JJT

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ LaTeigra C. Cahill
LaTeigra C. Cahill

- 3 -
Notice of Withdrawal of Attorney
2:19-CV-02719-JJT