**RANDAZZA LEGAL GROUP, PLLC**
Marc J. Randazza, AZ Bar No. 027861
Ronald D. Green, *pro hac vice*
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

*Attorney for Defendant*
Amy Frank

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| Richard C. Carrier, Ph.D., an individual, | Case No.: 2:19-CV-02719-JJT |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| Amy Elizabeth Frank, an individual, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that a) Plaintiff's claims against Defendant and b) Defendant's counterclaims against Plaintiff are and shall be dismissed with prejudice, with each party responsible for its own costs and attorneys' fees.

/

Dated: November 25, 2019                    Respectfully submitted,

/s/ Ronald D. Green                         /s/ Richard C. Carrier
Marc J. Randazza,                           Richard C. Carrier, *pro se*
AZ Bar No. 027861                           134 W. Tulane Rd. Apt. B
Ronald D. Green, p*ro hac vice*             Columbus, Ohio 43202-1943
RANDAZZA LEGAL GROUP, PLLC                  (510) 932-9536
2764 Lake Sahara Drive, Suite 109           richard.carrier@icloud.com
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

*Attorney for Defendant*
Amy Elizabeth Frank

Case No. 2:19-cv-02719-JJT

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Ronald D. Green
Ronald D. Green