**RICHARD CARRIER, PH.D.**

FILED ___ LODGED
RECEIVED ___ COPY

MAR 0 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

510-932-9536
rcarrier@infidels.org

134 W. Tulane Rd.
Apt. B

Columbus, OH
43202

March 5, 2020

Clerk - US District Court - Arizona
401 Washington St., Suite 130 (SPC 1)
Phoenix, AZ 85003

Greetings!

I was a pro se litigant granted ECF privileges for a case filed in U.S. District Court, Arizona. Case No. 2:2019-cv-02719-PHX-JJT. My login was RCarrier.

My case was settled and closed by the end of last year. Your ECF manual recommends that I "advise the Clerk's Office to terminate the login and password for the pro se party." Do I have to do anything to ensure that's the case? Or will it happen automatically?

I want to make sure I'm in compliance and have no further obligations. If a formal request to terminate the login and password is required, please regard this letter as such and carry out that request with my gratitude.

Please advise me of the status of this query via email per the address provided in the left margin.

Thank you,

*[signature]*

Richard C. Carrier